**Effort ALEXANDER, Plaintiff–Appellant,**

v.

**DESOTO COUNTY, MISSISSIPPI; City of Horn Lake, Mississippi, Defendants–Appellees.**

No. 15–60308
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 30, 2015.

Effort Alexander, Memphis, TN, pro se.

Roy Jefferson Allen, Esq., Hunt Ross & Allen, Clarksdale, MS, Robert Ernest Quimby, Esq., Smith, Phillips, Mitchell, Scott & Nowak, L.L.P., Hernando, MS, Roy Jefferson Allen, Esq., for Defendant–Appellee.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing *pro se,* Effort Alexander challenges the dismissal, as barred by the Mississippi one-year statute of limitations, of his action against the defendant governmental units for placing an allegedly unjust cloud on his property. In a short but sufficiently explanatory order, the district court determined that "Alexander has not alleged continual unlawful acts" but only ongoing injury. It is the acts, however, and not the injury, that triggered the running of limitations.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.